IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00695-CMA-KLM

INEZ GONZALES,

     Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY

     Defendant.

---

## NOTICE OF SETTLEMENT

---

PLEASE BE ADVISED that the parties have reached settlement on this matter and request that the Scheduling/Planning Conference scheduled for 1:30 p.m. on **May 29, 2018** be vacated.

Respectfully submitted, this 23rd day of May, 2018.

MCDIVITT LAW FIRM, P.C.

/s/ Stephen A. Longo, Esq.

**Stephen A. Longo, Esq.**, #45348

ATTORNEY FOR THE PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Settlement was served via CM/ECF

upon the following on this 23rd day of May, 2018.

Brian J. Spano
Lewis Roca Rothgerber Christie LLP
1200 17th Street
Suite 3000
Denver, CO 80202
Attorney for Defendant Liberty Mutual Insurance

/s/ Susan Martinez
_____
Susan Martinez, Litigation Paralegal
McDivitt Law Firm